UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOEVIAIR KENNEDY,

        Petitioner,               Case No. 1:20-cv-716

v.                                  Honorable Paul L. Maloney

GREGORY SKIPPER,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:    August 13, 2020           /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge