UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOEVIAIR KENNEDY,

                    Petitioner,                         Case No. 1:20-cv-716

v.                                                      Honorable Paul L. Maloney

GREGORY SKIPPER,

                    Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:   August 13, 2020                        /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge